UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IQVIA INC., a Delaware corporation; and IQVIA AG, a Swiss company,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation; and DALE BROWN, individually,<br><br>　　　　　Defendants. | Case No. 3:21-cv-02081-GPC-DEB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[ECF No. 34]<br><br>Judge: The Hon. Gonzalo P. Curiel |

1    Before the Court is Defendants' Motion to Seal Documents in Support of
2 Defendants' Motion to Dismiss (the "Motion to Seal"). (ECF No. 34.)  The Motion
3 to Seal seeks to seal from the public view the following documents:

4    •    Portions of Defendants' Motion to Dismiss under Federal Rule of Civil
5 Procedure 12(b)(6) (the "Motion"); and

6    •    Certain exhibits or portions of exhibits attached to the Declaration of
7 Jennifer Bennett filed concurrently in support of the Motion (the "Bennett
8 Exhibits").

9    Compelling reasons exist here to file under seal the requested portions of the
10 Motion and the Bennett Exhibits. Defendants seek to seal documents or references
11 to documents submitted in a prior arbitration under the rules of the DIFC-LCIA
12 Arbitration Centre, which require arbitration submissions to remain confidential.
13 Defendants also seek to seal documents and references to documents that were
14 produced and subject to a protective order in a related case. Additionally, the
15 information to be sealed implicates the parties' sensitive business information,
16 including trade secrets purportedly owned by Plaintiffs IQVIA Inc. and IQVIA AG;
17 and Defendants' nonpublic prospective customers and confidential business
18 strategies, projects, and products. The disclosure of this information would risk
19 substantially harming or prejudicing Plaintiffs and Defendants. *See McArdle v.*
20 *AT&T Mobility LLC*, No. 09-cv-1117, 2018 U.S. Dist. LEXIS 218070, at *13–14
21 (N.D. Cal. Aug. 13, 2018).

22    Based on the foregoing, the Court finds that there are compelling reasons to
23 GRANT the Motion to Seal.  It is ORDERED that portions of the Motion and the
24 identified Bennett Exhibits shall be SEALED until further order of this Court.

25    **IT IS SO ORDERED**.
Dated:  March 22, 2022
26
                                                    _____
27                                                  Hon. Gonzalo P. Curiel
                                                    United States District Judge
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' NOTICE OF MOTION AND MOTION TO SEAL