# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IQVIA INC., a Delaware corporation; and IQVIA AG, a Swiss company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MEDIMPACT HEALTHCARE SYSTEMS, INC.; and DALE BROWN, individually,<br><br>  Defendants. | Case No. 3:21-cv-2081-GPC-DEB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL PURSUANT TO L.R. 79.2**<br><br>[ECF No. 3] |

**ORDER**

Before the Court is IQVIA Inc. and IQVIA AG's (collectively, "Plaintiffs") Motion to Seal portions of the following documents: (i) the Complaint, and (ii) the RICO Statement.

The Motion to Seal seeks to have certain portions of the Complaint and the RICO Statement permanently sealed from public view because they contain information that Defendant MedImpact Healthcare Systems, Inc. has designated as Confidential under the terms of a Protective Order in another case, pursuant to which those documents were produced. *MedImpact Healthcare Systems, Inc. et al. v. IQVIA Inc. et al.*, No. 3:19-cv-01865-GPC-DEB (S. D. Cal.), Dkt. 179. The disclosure of such information would subject Defendants to a risk of substantial harm or prejudice.

Based on the foregoing, the Court finds there exist compelling reasons to seal the requested information and this Motion to Seal is therefore GRANTED. It is ORDERED that identified documents shall be SEALED until further order of this Court.

**IT IS SO ORDERED**.

Dated:  March 22, 2022

Hon. Gonzalo P. Curiel
United States District Judge