# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IQVIA INC., a Delaware corporation; and IQVIA AG, a Swiss company,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MEDIMPACT HEALTHCARE SYSTEMS, INC., a California corporation; and DALE BROWN, individually,<br><br>　　　　Defendants. | Case No. 3:21-cv-02081-GPC-DEB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL PURSUANT TO L.R. 79.2**<br><br>[ECF No. 52]<br><br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate Judge: Hon. Daniel E. Butcher |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Before the Court is Plaintiffs IQVIA Inc. and IQVIA AG ("Plaintiffs") Motion |
| 3 | to Seal (Dkt. 52) portions of Plaintiffs' Opposition to Defendants' Motion to Dismiss |
| 4 | Under Rule 12(b)(6) (the "Opposition"). |

Before the Court is Plaintiffs IQVIA Inc. and IQVIA AG ("Plaintiffs") Motion to Seal (Dkt. 52) portions of Plaintiffs' Opposition to Defendants' Motion to Dismiss Under Rule 12(b)(6) (the "Opposition").

The Motion to Seal seeks to have certain portions of the Opposition permanently sealed from public view because Defendants have designated such information as confidential pursuant to the Protective Order in *MedImpact Healthcare Sys., Inc. v. IQVIA Inc.* ("*MedImpact I*"), No. 19-cv-GPC-DEB, Dkt. 382, and because certain exhibits constitute awards and other submissions in connection with an arbitration that are subject to a confidentiality agreement. The disclosure of such information would subject Defendants to a risk of substantial harm or prejudice.

Based on the foregoing, the Court finds there exist compelling reasons to seal the requested information in Plaintiffs' Opposition, and this Motion to Seal is therefore GRANTED. It is ORDERED that identified portions shall be SEALED until further order of this Court.

**IT IS SO ORDERED**.

Dated: March 29, 2022

Hon. Gonzalo P. Curiel
United States District Judge